# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604



JUDGMENT - WITH ORAL ARGUMENT

Date: January 6, 2003

BEFORE:        Honorable WILLIAM J. BAUER, Circuit Judge

Honorable RICHARD A. POSNER, Circuit Judge

Honorable MICHAEL S. KANNE, Circuit Judge

No. 01-2101

ANNETTE M. ALLEN, SHELLEY S. BURNETTE, EARNEST LEONARD, on behalf of themselves and all others similarly situated, et al.,
    Plaintiffs - Appellants

v.

CHICAGO TRANSIT AUTHORITY
    Defendant - Appellee

**FILED**
FEB 1 8 2003
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

**DOCKETED**
FEB 2 0 2003

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division
No. 99 C 7614, Suzanne B. Conlon, Judge

    The judgment of the District Court is AFFIRMED in part, REVERSED in part and REMANDED, in accordance with the decision of this court entered on this date.

(1061-110393)